1  DAYLE ELIESON
   United States Attorney
2  District of Nevada

3  ELIZABETH FIRER
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
6      Elizabeth.Firer@ssa.gov

7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM J. FROBY, | Case No. 2:18-cv-00641-JAD-CWH |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (***FIRST REQUEST***) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint, due on June 18, 2018, by 30 days, through and including July 18, 2018.

An extension of time is needed in order to prepare Defendant's Answer because the Commissioner is still in the process of assembling and finalizing the administrative record. This request is made in good faith with no intention to unduly delay the proceedings.

On June 12, 2018, of counsel for Defendant, S. Wyeth McAdam, conferred with Plaintiff's counsel's office, who does not oppose this motion.

-1-

Respectfully submitted this 12th day of June 2018.

          DAYLE ELIESON
          Acting United States Attorney

          *Elizabeth Firer*
          ELIZABETH FIRER
          Special Assistant United States Attorney

OF COUNSEL:

S. WYETH MCADAM
Assistant Regional Counsel

## **ORDER**

IT IS SO ORDERED:

_____
THE HONORABLE CARL W. HOFFMAN
United States Magistrate Judge

DATED: June 13, 2018

# CERTIFICATE OF SERVICE

I, Elizabeth Firer, certify that the following individuals were served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Gerald Welt
Gerald M. Welt, Chtd.
703 S. 8th St.
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Dated this 12th day of June 2018.

*Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney