Steven G. Rosales
Attorney at Law: 222224
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
WILLIAM J. FROBY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. FROBY | Case No.: 2:18-cv-00641-JAD-CWH |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE REMAND/REVERSAL |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff William J. Froby and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by from August 20, 2018 to October 9, 2018 for Plaintiff to file a Remand/Reversal; with response by defendant due on or before November 8, 2018; any reply by plaintiff will be due on or before November 28, 2018.

This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: August 20, 2018         Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY: _____
Steven G. Rosales
Attorney for plaintiff Mr. William J. Froby

DATE:  August 20, 2018

DAYLE ELIESON
United States Attorney

/s/ *Elizabeth Firer*

BY: _____
Elizabeth Firer
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED: August 21, 2018

IT IS SO ORDERED: _____

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:18-CV-00641-JAD-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 20, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Steven G. Rosales*
_____

Steven G. Rosales
Attorneys for Plaintiff