```
 1  DAYLE ELIESON
    United States Attorney
 2  District of Nevada
    ELIZABETH FIRER
 3  Special Assistant United States Attorney
         160 Spear Street, Suite 800
 4       San Francisco, CA 94105
         Phone: 415-977-8937
 5       Email: Elizabeth.Firer@ssa.gov
 6
 7  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (LAS VEGAS)

| WILLIAM J. FROBY, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:18-cv-00641-JAD-CWH |
| v. | ) | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (***FIRST REQUEST***) |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Defendant Nancy Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests for the first time that the Court extend the time for Defendant to file her Cross-Motion for Summary Judgment and Memorandum in Support, due on November 8, 2018, by 30 days, through and including December 10, 2018.

An extension of time is needed in order to prepare Defendant's brief because of the caseload of Defendant's attorneys. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel on October 31, 2018. Plaintiff's counsel does not oppose this motion.

Respectfully submitted this 31st day of October 2018.

        DAYLE ELIESON
        United States Attorney

        */s/ Elizabeth Firer*
        ELIZABETH FIRER
        Special Assistant United States Attorney

S. WYETH McADAM
Of Counsel

        IT IS SO ORDERED:

        CARL W. HOFFMAN
        UNITED STATES MAGISTRATE JUDGE

        DATED: November 1, 2018