Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law:  1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax:  (702) 684-5157
E-mail:  gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff
William J. Froby

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM J. FROBY, | Case No.: 2:18-cv-00641-JAD-CWH |
| Plaintiff, | MOTION TO WITHDRAW COUNSEL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CARL W. HOFFMAN, JR., MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff hereby responds to the court's notice of November 2, 2018 and November 5, 2018, directing counsel Steven Rosales to complete and file the

-1-

Verified Petition and Designation of Local Counsel, and that counsel must register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of documents.

This issue has arisen based on plaintiff's filing of the Stipulation to Extend Time. Doc. No. 13. In that document, counsel erroneously signified that the document is signed by Steven Rosales, and that he is an attorney of record. That designation was in error. Counsel, Cyrus Safa, is the attorney of record with Gerald Welt as local counsel. Steven Rosales is not local counsel. He is not admitted to practice in Nevada.

Counsel respectfully requests that this Court's directive that counsel Steven Rosales file a Verified Petition and Designation of Local Counsel and register with the CM/ECF be discharged. Counsel sincerely apologizes to the Court for the trouble that has been caused. Counsel has taken action to ensure that such errors do not occur in the future.

DATE: February 22, 2019    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*
BY: _____
Cyrus Safa
Attorney for plaintiff WILLIAM J. FROBY

IT IS SO ORDERED.

DATED: Mar 06, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

***STATE OF CALIFORNIA, COUNTY OF LOS ANGELES***

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, CA 90670.

On this March 4, 2019, I served the foregoing document described as MOTION TO WITHDRAW COUNSEL on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

William Froby
6025 Tarrant Ranch Road
Las Vegas, NV 89131

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California and the State of Nevada that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Cyrus Safa                    /S/__*Cyrus Safa*
**TYPE OR PRINT NAME**              SIGNATURE

-3-

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:18-cv-00641-JAD-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on March 4, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Cyrus Safa*

_____

Cyrus Safa
Attorneys for Plaintiff-Appellant