# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| William J. Froby,<br><br>    Plaintiff<br>v.<br><br>Nancy A. Berryhill, Acting Commissioner of Social Security,<br><br>    Defendant | Case No. 2:18-cv-00641-JAD-CWH<br><br>**Order Adopting Report and Recommendation to Deny Motion to Remand and Grant Cross-motion to Affirm**<br><br>[ECF Nos. 16, 22, 27] |

    William J. Froby brings this action for review of the Commissioner of Social Security's denial of his application for disability insurance benefits and supplemental security income under Title II of the Social Security Act. Magistrate Judge Hoffman recommends that I deny Froby's motion to remand[1] and grant the Commissioner's cross-motion to affirm.[2] The deadline for objections to that recommendation was July 11, 2019, and no party has filed an objection to it or moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

    IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 27] is ADOPTED** in full;

---

[1] ECF No. 16.

[2] ECF No. 22.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED THAT the Plaintiff's Motion for Reversal and/or Remand **[ECF No. 16] is DENIED** and the Commissioner's Cross-motion to Affirm the Commissioner's Decision **[ECF No. 22] is GRANTED**.

And with good cause appearing and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Clerk of Court is directed to **ENTER FINAL JUDGMENT in favor of the Defendant** and CLOSE THIS CASE.

Dated: July 16, 2019

_____
U.S. District Judge Jennifer A. Dorsey